UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

T & O ENTERPRISES, INC. and
HADEKEL 1 LLC d/b/a HADEKEL 1
COFFEE AND FRIENDS,
    Defendant(s).

Case No: 23-cv-24035-DPG

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, EMILIO PINERO, and Defendants, T & O ENTERPRISES, INC. and HADEKEL 1 LLC d/b/a HADEKEL 1 COFFEE AND FRIENDS, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Ronald E. Stern
Ronald E. Stern
The Advocacy Law Firm
1835 E Hallandale Beach Blvd. #757
Hallandale Beach, FL 33009
USA
954-639-7016
Email:Ronsternlaw@gmail.Com

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com